IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | C.A. NO. 4:17-cv-02099 |
| OF ORION MARINE CONSTRUCTION, | § | |
| INC., AS OWNER OF THE "JOHN C. | § | |
| LAQUAY," ITS ENGINES, TACKLE, | § | In Admiralty Pursuant to |
| APPAREL, ETC., IN A CAUSE FOR | § | Rule 9(h) |
| EXONERATION FROM OR LIMITATION | § | |
| OF LIABILITY | § | |

CERTIFICATE OF INTERESTED PARTIES
OF PETITIONER ORION MARINE CONSTRUCTION, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Orion Marine Construction, Inc. submits this Certificate of Interested Parties.

Petitioner advises this Court of the following individuals and entities related to Petitioner that likely have a financial interest in the outcome of this litigation:

1. Petitioner Orion Marine Construction, Inc.
   P.O. Box 108
   159 Highway 316
   Port Lavaca, Texas 77979

   Petitioner Orion Marine Construction, Inc. is the owner of the Dredge *John C. LaQuay*, etc., and requests it be exonerated from liability or, alternatively, have its liability limited, all in accordance with the Limitation of Liability Act, 46 U.S.C. §30501-30512. Orion Marine Construction, Inc. is a Florida Corporation authorized to do business in Texas. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner advises it is a wholly-owned subsidiary of Orion Marine Group, Inc., an entity traded publically on the New York Stock Exchange.

2. Orion Marine Group, Inc.
   12000 Aerospace Ave., Ste. 300
   Houston, Texas  77034

   Orion Marine Group, Inc. is a publically traded company listed on the New York Stock Exchange, and is the parent company of Petitioner Orion Marine Construction, Inc. Orion Marine Group, Inc. did not employ any of the crewmembers of the Dredge *John C. LaQuay*, etc. at any time relevant to the voyage at issue, nor did Orion Marine Group, Inc. own, operate or control the Dredge *John C. LaQuay*, etc. at any time relevant to the

voyage at issue. Orion Marine Group, Inc. is identified solely pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

3. The Dredge *John C. LaQuay*, its engines, tackle, apparel, etc.

4. MUNSCH, HARDT, KOPF & HARR, P.C.
   Messrs. Daniel D. Pipitone and Kenneth W. Bullock, II
   Pennzoil Place
   700 Milam, Suite 2700
   Houston, Texas  77002
   (713) 222-1470 – Telephone
   (713) 222-1475 – Facsimile

   Counsel for Petitioner and for the vessel at issue.

Petitioner further advises this Court of the following individuals and entities related to Potential Claimants that likely have a financial interest in the outcome of this litigation:

1. Mr. Eladio Reyes Mendoza

   Mr. Mendoza is a potential claimant in this case, and may be contacted through his counsel of record.

2. The Buzbee Law Firm
   Mr. Anthony G. Buzbee
   600 Travis Street, Suite 7300
   Houston, Texas 77002
   (713) 223-5393 – Telephone
   (713) 2235909 – Facsimile

   Mr. Buzbee is counsel for Mr. Mendoza.

Respectfully submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Kenneth W. Bullock, II*
    Daniel D. Pipitone
    Texas Bar No.:  16024600
    Federal I.D. No.: 0294
    Kenneth W. Bullock, II
    Texas Bar No.:  24055227
    Federal I.D. No.:  675132
Pennzoil Place
700 Milam, Suite 2700
Houston, Texas  77002
(713) 222-1470 – Telephone
(713) 222-1475 – Facsimile
dpipitone@munsch.com
kbullock@munsch.com

**ATTORNEYS FOR PETITIONER
ORION MARINE CONSTRUCTION, INC.**

4831-1771-0155_1 014742.00027

- 3 -